FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

AO 442 (Rev. 11/11) Arrest Warrant

JUN 2 2 2020

D. MARK JONES, CLERK

BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## for the

### District of Utah

United States of America
v.
DUSTIN BISHOP

_____
*Defendant*

) 
) 
) 
) 
) 
) 

Case No. 4:20 –mj –00044–PK

ORIGINAL

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DUSTIN BISHOP                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☑ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 846 Conspiracy to Distribution of Methamphetamine

18 U.S.C. § 841 (a)(1) Possession of Methamphetamine with Intent to Distribute

Date:    06/16/2020

_____
*Issuing officer's signature*

City and state:    St. George, Utah

U.S. Magistrate Judge Paul Kohler
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 6/16/20 , and the person was arrested on *(date)* 6/16/20 at *(city and state)* Beaver, UT . |

Date: 6/16/20

_____
*Arresting officer's signature*

Brad Cox, SA DEA
*Printed name and title*