JOHN W. HUBER, United States Attorney (#7226)
JAY T. WINWARD, Assistant United States Attorney (#11806)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208 • Saint George, Utah 84770
(435) 634-4270

_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, SOUTHERN DIVISION

_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No.  4:20-mj-00044 |
| Plaintiff, | : | |
| | | CERTIFICATE OF COMPLIANCE (NOC 2) |
| v. | : | AND REQUEST FOR RECIPROCAL DISCOVERY |
| ARTHUR VARELA, | : | |
| DARYL GREENWALT, | | |
| SABRINA FAULKNER, | : | Magistrate Judge Paul Kohler |
| CHAD RUDY, and | | |
| DUSTIN BISHOP | | |
| Defendant. | | |

_____

        The United States of America, through its counsel, hereby files its certificate of

compliance with its discovery obligations in this case and request for reciprocal discovery from

the Defendant.

        The United States gives notice that the following, in accordance with FRCP 16(a)(1)(E),

is being or has been provided to counsel for the Defendant:

| Description |
|---|
| See attached Discovery Index – *(Discovery uploaded to USAfx on 06/24/2020 to defense attorneys.)* |

- 1 -

As additional discoverable material becomes available, such material will be provided within a reasonable time.  Throughout this case, the United States will provide material discoverable under Rules 16 and 26.2 of the Federal Rules of Criminal Procedure and the Jencks Act without requiring the Defendants to make a specific request for such material.  Upon the request of the Defendants, the United States will permit and facilitate the Defendants own inspection, copying or photographing of those items described/defined in Rule 16(a)(1)(E).

The United States also hereby requests disclosure of evidence by the Defendants (also known as reciprocal discovery) pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure and DUCrimR 16-1(c).  By providing Rule 16 discovery without requiring a specific request from the defense, the United States invokes a reciprocal obligation on the Defendants under DUCrimR 16-1(c), which states that the Defendants must allow the government to inspect and to copy the following, as further defined in Rule 16 of the Federal Rules of Criminal Procedure:

a.    Documents and tangible objects the defendant intends to introduce as evidence at trial;

b.    Reports of examinations and tests the defendant intends to introduce at trial or that were prepared by a witness whom the defendants intends to call at trial; and

c.    A written summary of the testimony of any expert the defendants intend to use a trial under Federal Rules of Evidence 702, 703 and 705.

The United States requests that the Defendants provide to the government at a reasonable time before trial, but no later than five working days before trial, copies of the material referenced in this paragraph.  Further, the United States requests continuing compliance with the reciprocal discovery following the initial disclosure.

The United States also hereby requests all written and recorded statements by any witness other than the Defendants whom the Defendants intends to call at trial or a hearing covered by the Jencks Act or Rule 26.2 of the Federal Rules of Criminal Procedure.

DATED this 24th day of June, 2020.

JOHN W. HUBER
United States Attorney


*/s/ Jay T. Winward*
JAY T. WINWARD
Assistant United States Attorney

- 3 -

**CERTIFICATE OF SERVICE**

I certify that on the 24th day of June, 2020, the CERTIFICATE OF COMPLIANCE

(NOC 2) AND REQUEST FOR RECIPROCAL DISCOVERY was filed electronically to the

District Court, and caused to be served notice to the following:

- Robert L. Steele, Defense Attorney (Varela)
- Douglas D. Terry, Defense Attorney (Greenwalt)
- Scott F. Garrett, Defense Attorney (Faulkner)
- Aric M. Cramer, Defense Attorney (Rudy)
- Ariel K. Taylor, Defense Attorney (Bishop)

/s/ *Theresa Fano*
Theresa Fano
Paralegal Specialist

- 4 -

**US v ARTHUR VARELA, ET AL, 20-MJ-44**
**DISCOVERY INDEX**

| CATEGORY | FOLDER | SUB-FOLDER | DETAIL | BATES BEGIN | BATES END | NOC |
|---|---|---|---|---|---|---|
| Court Documents | | | Complaint | CD-01-00001 | CR-01-00001.07 | 1 |
| Crime Reports | | | Crime Report | CR-DEA-01-00001 | CR-DEA-01-00001.09 | 1 |
| | | | Identifying Information on Defendants | CR-DEA-01-00002 | CR-DEA-01-00002.10 | 1 |
| Crime Reports | Beaver Co Sheriff | | Beaver Co Sheriff Report | CR-BCS-01-00001 | CR-BCS-01-00001.37 | 2 |
| | Beaver Co Sheriff | | Text Messages | CR-BCS-01-00002 | CR-BCS-01-00002.18 | 2 |
| Media/Audio | Interviews | Andreason, Becki Rae | Native Placeholder (Andreason) | MA-BRA-01-00001 | MA-BRA-01-00001 | 2 |
| | Interviews | Bishop, Dustin Paul | Native Placeholder (Bishop) | MA-DPB-01-00001 | MA-DPB-01-00001 | 2 |
| | Interviews | Faulkner, Sabrina Ellen | Native Placeholder (Faulkner) | MA-SEF-01-00001 | MA-SEF-01-00001 | 2 |
| | Interviews | Greenwalt, Daryl Jon | Native Placeholder (Greenwalt) | MA-DJG-01-00001 | MA-DJG-01-00001 | 2 |
| | Interviews | Rudy, Chad Russell | Native Placeholder (Rudy) | MA-CRR-01-00001 | MA-CRR-01-00001 | 2 |
| | Interviews | Varela, Arthur Raymond | Native Placeholder (Varela) | MA-ARV-01-00001 | MA-ARV-01-00001 | 2 |