IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>DUSTIN BISHOP,<br><br>               Defendant. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE<br><br><br><br>Case No. 4:20-CR-77-TS-5<br><br>District Judge Ted Stewart |

This matter is before the Court on Defendant Dustin Bishop's Motion to Modify Conditions of Supervised Release for Travel for Work Purposes, wherein Defendant requests that he be permitted to "travel outside the State of Utah for work at the discretion of his supervising officer without further order of this Court."[1]

The government opposes the Motion on the grounds that (1) Defendant would not be properly supervised by the U.S. Probation office while traveling outside of the state; (2) the government has been informed that Defendant is able to maintain his employment without traveling out of the state, though he is not able to make as much money; and (3) Defendant has struggled to maintain his sobriety while on probation, including through use of methamphetamine and opiates.[2]

For the reasons stated in the government's opposition memorandum, the Court will deny without prejudice Defendant's Motion.

---

[1] Docket No. 193, at 1.

[2] Docket No. 194.

It is therefore

ORDERED that Defendant's Motion to Dismiss (Docket No. 193) is DENIED without prejudice.

DATED this 15th day of May, 2024.

BY THE COURT:

_____

Ted Stewart
United States District Judge